**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICKY JACKO
160 Sinclair Sreet Apt 257
Reno, Nevada 89501
Phone: 775.284.9645
Email: rickyjacko@hotmail.com
Richard O. Gaytan  Former Representative
209.862.3755

TO THE UNITED STATES DISTRICT COURT
WASHINGTON, D.C.

---

Ricky Jacko,
　　　　Complainant,

　　　　　　V.

LARRY BARNES, POSTMASTER OR
　　　　　　　　　SUCCESSOR
US POST OFFICE
201 - 13TH ST
CIVIC CENTER
OAKLAND CA 94612

CASE NUMBER   1:06CV01189

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 06/29/2006

)
)
)
)
)
)
)
)

---

**I, Ricky Jacko ssn: 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 am requesting District
Court Representation and a Court Appointed Attorney and or
my own Attorney to seek   justice on my behalf.**

**Statement of the facts**

I, Ricky Jacko is and all times mention herein is a Nevada resident with my principal resident at 160 Sinclair Street Apt 257 Reno, Nevada  in the county of Washoe. I,  Ricky Jacko am a disabled veteran that has experience events of extreme  stress know as Post Traumatic Stress Disorder (PTSD) while on active duty in the Navy  from 1976 thru 1980. Unknowing to myself I had develop PTSD when I applied    and was hired as a postal worker on 04/06/1985 with a Veteran

RECEIVED
MAY 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Request for District Court Representation  Page 2

I was assigned to the Pleasanton (California) Post Office District 94566 as a postal carrier until he submitted a U.S. POSTAL SERVICE , RESIGNATION FROM POSTAL SERVICE FORM 2574 on 08/13/87. He stated his reasons for Resignation is "To Return to College via:   pursue another career Field." This was approve by my supervisor Joyce Blackshure. He was a carrier for approximately 2 years and 4

months. While on as a postal carrier he was accused of misconduct from his supervisor Joyce Blackshure.

There was an investigation conducted and I was cleared of all accusations especially when <u>Lenoard Hibbler a former mail carrier and roommate of mine signed a written confession to stealing mail. I was unjustly suspended for something I completely knew nothing about by Joyce Blackshure even though the FBI cleared me. I also had Bruce Holt; Union Shop Steward 1111 as a represntative on several occasions including all of the harassment Joyce Blackshure was giving me.</u>

After I was unjustly suspended for another 4 weeks by Joyce Blackshure, I had no choice but to borrow some money from my customers because I was starving and broke, not to mention I had to eventually move out of my plush apartment which was 3 blocks away from the Pleasanton Post Office where I worked. <u>Now why would I even want to steal some mail, especially that close to my house. It is unfortunate that Lenoard did not consider the consequences when he did this.</u>

Unknowing to myself that I had "PTSD" the postal service had failed to recommend me to any Employee Assistant Program (EAP) for any misconduct behavior as a problem employee.

I also wish to obtain a court appointed attorney on my behalf to persue justice because the codes 311 and 872 which I was later informed by my former representative Richard O. Gaytan were not recognized by the U.S. Postal Service after these codes were enforced by the Honorable Judge Arononado; United States Merit Systems Protection Board San Francisco, California. In other words, <u>I was given the run around and left in the dark for years. This definitely affected me emotionally which meant I gave up momentarily because I could not trust the system anymore and I lost faith in the Government that I served honorably and faithfully for 10 years of my life in the United States Navy and Army National Guard .</u>

Request for District Court Representation  Page 3

Prior to submitting my resignation, I had received a step increase on 02/14/1987 and had accumulated 132 hours of unused sick leave hours and 170.06 of annual leave when he resigned. This is over a year without being sick and he admits using 70 hours of annual leave due to the harassment he had received from his supervisor.

I even had to check myself into the Veterans Admininstration Mental Health Ward in Martinez California and in Menlo Park, California before I resigned because I was afraid I was going to do something to Joyce and Jose that I may regret. I really became depressed and suicidal. That's why I checked in to the VA Hospital thinking that they would help me. It hurt me more at the time than it helped due to all of the attack thearaphy and I had had enough of this due to the military life and dealing with Joyce Blackshure's rage every morning.

I had filed grievances with my union. I do not recall if they ever been resolved. Upon receipt of his Standard Form 50 which was signed by Joseph R. Carver the Regional Postmaster General, dated 08/21/1987. In the year 1990 Ricky Jacko reapplied for a position back into the postal service and by reapply he discovered that his SF 50 had a negative entree stating " Resignation Charges Pending To Separate Employee For Unacceptable Conduct", he was denied reemployment to the postal service.

I filed a complaint with the Merit System Protection Board where on November 9, 1990 an Order was issued by Philip L. Arnaudo, Administrative Law Judge. Both myself and the agency representative agreed to settle. The settlement failed to include the correction of my SF 50 to show that an error was enter about the misconduct.

## REDRESS MEDIATION

The records will show that the Postal Services has not conducted any type of investigation that showed any misconduct by Ricky Jacko according to SF 50. On May 25, 2004 a redress meditation was held at the Personnel Conference Room 431, at 9:00AM at Oakland Business Tower located at 1675 7th Street Oakland, CA 94615.

Those in attendance are as follows: Ricky Jacko, Complainant, Richard Gaytan, complainant representative, Sharon Morris, Management Official and Lou Ann Lucke-Aaber, Mediator. **A second session was reschedule because the agency failed to provide any written documentation of the investigation that was**

### Request for District Court Representation  Page 4

conducted or any disciplinary action brought against Ricky Jacko. On June 14, 2004 the second redress mediation was held at the same location. Those attending where as follows: Ricky Jacko, complainant, Richard Gaytan, complainant representative, Shirley Morris, Personnel Manager, Sharon Barton, Labor Relations Specialist and LouAnn Lucke-Aaber, Mediator.

Again the Postal Service had failed to provide any evidence or wrong doing by Ricky Jacko. Reasons are that my 1982 postal records were there but my second appointment by Jose Cantu, I repeat my second appointment which was from 1985 to 1987 due to the test scores I scored at least a 80% percentile on got me appointed again. The 1985 through 1987 files including all of the grviences I filed against Joyce Blackshure via Bruce Holt disappeared. I also had her on a few harassment charges as well.

My question is as the same as Richard O. Gaytans; What happened to the 1985 to 1987 records. The 1982 postal records when I was hired by the same poastmaster at the time Jose Cantu were there but again the 1985 to 1987 records were totally missing We witnessed these files missing on the day of my redress which probably contained Lenoard Hibblers confession that could have easily cleared me. Never the less that what the first federal order by the MSPB was about All of this should have beeen squashed however not only was I given the run around several times concerning reinstatement at several bay aera Post Offices from the MSPB order but also the Las Vegas Post Office made me re take the U.S. Postal In-Service exam in 1998 when I applied for reinstatement due to the MSPB Order of 1990 that they did not even follow. I had to walk in the hot Nevada sun and sit in for 4 hours to take this test and I passed it for almost every position and they still put me on a list and did not follow the total order with the codes interfaced in the order.

At the Redress Meeting my Official Personal File (OPF), contain only date of hired, dates of his step-increase and personnel training. Shirley Morris was unwilling to ask her immediate supervisor to have Ricky Jacko to be reconsider for reinstatement.

And Sandra Barton who recalls being attached to Judge Arnaudo staff when he issued his Order on November 9, 1990, only recalls the facts of the case on through hearsay. According to the records it will show that the Order signed by Jude Arnaudo, that "The agency agrees to accept and consider the appellant's application and process it in accordance with section 873 of the Employment and Labor Relations Manual and provisions of the handbook EL-311."

Request for District Court Representation Page 5

This <u>Order</u> also included the correction of my SF50. Since the agency failed to correct my SF 50 he has been denied rehired rights and the agency must go by EL-311 (870 Employees Assistance Program, Sec. 873 Reinstatement of Recovered Employees (PTSD)), **because EL-311 was in effect at the time not EL-312.**

## RELIEF SOUGHT

I respectfully again to request this case go before the United States District Court and I also request a court appointed attorney and the court to order the defendants to reinstate myself ( Mr. Jacko ) and pay for damages based on the facts for *lost wages* based on yearly salary of $29,078.00 and lost overtime based on yearly pay of $8,736.00 total sum of $37,814.00 dating from 8/13/1987 to the present. (Totaling $718,466.00 ) This does not include all entitlements due to me, on this matter. I also request the court to have the Postal Service place me on disability retirement if they are not willing to reinstate me. I have suffered greatly.

<u>Also Compensatory Damages for Pain and Suffering due to wrongful termination which caused emotional distress on me and my family.</u> Reinstatement to Mr. Jacko's prior position as a Mail Carrier, Computer Operator at any of the three United States Postal Data Centers located in San Mateo, California,,South Carolina, and Eagan, Minn., or any position he is qualified for due to him being forced to take the United States Postal In-Service Battery Exam.

If defendant does not wish to reinstate me, then I request the court to grant *Punitive Damages, of 3 Million dollars.*

**Complaintints Signature:** *Ricky Jacko*

*May 8, 2006*   (2nd Filing)