

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

Ricky Jacko,
Complainant,

v.

John E. Potter,
Postmaster General,
United States Postal Service,
Agency.

Appeal No. 01A60178

Agency No. 4-F-945-0136-04

Hearing No. 370-2005-00190X

### DECISION

Pursuant to 29 C.F.R. § 1614.405, the Commission accepts complainant's appeal from the agency's final order in the above-entitled matter.

Complainant filed the captioned complaint on June 23, 2004, claiming that the agency discriminated against him on the bases of disability (hearing loss and post-traumatic stress disorder) and in reprisal for prior protected activity when:

> On April 16, 2004, the agency denied his request for reinstatement, in violation of his November 1990 Merit System Protection Board (MSPB) settlement agreement.

The record reflects that the agency proposed to terminate complainant's employment in 1987, due to misconduct, and complainant therefore resigned.[1] Complainant filed an appeal with the MSPB, which was resolved by a settlement agreement, dated November 9, 1990. The settlement agreement contains provisions that make reference to sections of the agency's Employee and Labor Relations Manual (ELRM) addressing reinstatement. In the instant matter, which arose approximately 14 years later, complainant requests reinstatement at the Bay Valley, California postal facility, and the agency denied the request.

**06 1189**  **FILED**

---

[1] The record reflects that complainant was charged with soliciting money from his postal customers.

*NOTE: The so called solicitation charge was supposed to have been dropped. During the MSPB Hearing 1990, I was supposed to be given End as ST... Richybuce*

01A60178

The agency investigated the complaint, and pursuant to complainant's request, the case was transferred to an EEOC Administrative Judge (AJ) for a hearing. On July 7, 2005, the AJ issued a decision without a hearing, finding no discrimination. In her decision, the AJ determined that no material facts were in dispute, such that summary judgment was appropriate, and then adopted the agency's conclusions of law as set forth in its Response to her Notice of Intent to Issue a Decision Without a Hearing. The AJ concluded that complainant failed to establish a *prima facie* case of discrimination based on disability or reprisal. Specifically, the AJ found that complainant presented insufficient evidence to show that he was substantially limited in a major life activity because of his claimed disabilities, and also failed to show that similarly situated individuals who did not have disabilities were treated more favorably. Regarding the basis of reprisal, the AJ determined that complainant's claimed prior protected EEO activity actually occurred *after* the agency denied his request for reinstatement, so that this claim failed as well.

However, even assuming *arguendo* that complainant established a *prima facie* case of disability discrimination, the AJ found that the agency articulated legitimate, non-discriminatory reasons for its decision; namely, that his request was denied based on his unemployment for the past two years and his employment history at the Pleasanton Post Office, from April 1985 to August 1987, as contained in his Official Personnel File. Next, the AJ found complainant offered no evidence to show that the agency's reasons were untrue; and, no more than speculation to show that the denial was motivated by disability-based discriminatory animus. The AJ also found no evidence that the agency failed to adhere to the ELRM in denying complainant's request for reinstatement.

On August 17, 2005, the agency issued a final action, adopting the AJ's determination.

As an initial matter, we find that to the extent that complainant is claiming that the agency's denial of his request for reinstatement constitutes a violation of the MSPB settlement agreement, we find that this is not a cognizable claim under the EEOC's regulations. Specifically, under EEOC regulations, a settlement agreement reached during the MSPB appeal process is not subject to the jurisdiction of the Commission. *See* 29 C.F.R. § 1614.501. Such an alleged breach is more properly brought before the MSPB. Therefore, we find that this claim must be dismissed on the grounds of failure to state a claim. *See* 29 C.F.R. § 1614.107(a)(1)

Notwithstanding the above, assuming that complainant's claim does not fall within the purview of the MSPB settlement agreement, and viewing it as a claim of disparate treatment, in order to prevail, complainant must typically satisfy the three-part evidentiary scheme fashioned by the Supreme Court in *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973). Complainant must establish a *prima facie* case by demonstrating that he was subjected to an adverse employment action under circumstances that would support an inference of discrimination. *See Furnco Construction Co. v. Waters*, 438 U.S. 567, 576 (1978). However, the *prima facie* inquiry may be dispensed with in this case, as to both his claim of disability discrimination and reprisal, since the agency has articulated legitimate and nondiscriminatory reasons for its decision. *See United States Postal Service Board of Governors v. Aikens*, 460 U.S. 711, 713-17 (1983); *Holley v.*

3                                              01A60178

*Department of Veterans Affairs*, EEOC Request No. 05950842 (November 13, 1997).[2] To ultimately prevail, complainant must prove, by a preponderance of the evidence, that the agency's explanation is a pretext for discrimination. *See Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133 (2000).

The Commission determines that there are no material facts in dispute, and that the record supports a finding that the responsible management officials rejected complainant's request for reinstatement based on information showing that he was unemployed for two years prior to his request, and also because of his employment record, which reflected that he resigned pending termination due to misconduct. We note that one of the involved management officials indicated that she could not return complainant to employment given that his misconduct could potentially be viewed as an illegal activity. We further find that complainant provides no evidence to demonstrate that these reasons are a pretext for disability-based discrimination or retaliation.

In conclusion, after a review of the record in its entirety, we **AFFIRM** the agency's final order, because the Administrative Judge's issuance of a decision without a hearing was appropriate and a preponderance of the record evidence does not establish that discrimination occurred.

## STATEMENT OF RIGHTS - ON APPEAL

### RECONSIDERATION (M0701)

The Commission may, in its discretion, reconsider the decision in this case if the complainant or the agency submits a written request containing arguments or evidence which tend to establish that:

1.    The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2.    The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests to reconsider, with supporting statement or brief, must be filed with the Office of Federal Operations (OFO) **within thirty (30) calendar days** of receipt of this decision or **within twenty (20) calendar days** of receipt of another party's timely request for reconsideration. *See* 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), 9-18 (November 9, 1999). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O.

---

[2] For the purpose of this analysis only, we assume, without finding, that complainant is an individual with a disability, as that term is defined in Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 *et seq*.

4                                                                01A60178

Box 19848, Washington, D.C. 20036. In the absence of a legible postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. *See* 29 C.F.R. § 1614.604. The request or opposition must also include proof of service on the other party.

Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. *See* 29 C.F.R. § 1614.604(c).

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint.**

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

MAR 1 7 2006
_____
Date

5                                    01A60178

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.  I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:

MAR 1 7 2006
_____
Date


_____
Equal Opportunity Assistant

**U.S. POSTAL SERVICE**

**RESIGNATION FROM POSTAL SERVICE**

INSTRUCTIONS: <u>EMPLOYEE</u> complete Items 1 through 11 and submit form to your immediate supervisor, tour superintendent, or other official designated to receive resignations.

The collection of this information is authorized by 39 USC 1001. This information will be used to finalize the record of your employment with the Postal Service. As a routine use, this information may be disclosed to an appropriate law enforcement agency for investigative or prosecutive purposes, to a congressional office at your request, to OMB for review of private relief legislation, to any agency where relevant to hiring, contracting or licensing, to a labor organization as required by the NLRA, to the EEOC when investigating an EEO complaint, and where pertinent, in a legal proceeding to which the Postal Service is a party.

**TO BE COMPLETED BY RESIGNING EMPLOYEE**

| 1. INSTALLATION OR STATION | 2. DATE SUBMITTED | 3. PRINTED NAME (Last, First and Middle) |
|---|---|---|
| US Post Office Pleasantn CA 94566 | 8-13-87 | Jacko, Ricky |

| 4. SOCIAL SECURITY NO. | 5. TOUR | 6. MAILING ADDRESS (House/Apt. No., Street, City, State and ZIP Code) |
|---|---|---|
| 546 31 9492 | | 433 44th ST  Richmond CA 94805 |

7. REASON(S) FOR RESIGNATION (Give specific reason(s) for your resignation. Avoid generalized reasons such as, "Ill health," "Personal reasons," etc. Use reverse for additional remarks.)

TO Return to college via : persu another carrer Field

| SIGNATURE | 10. SUPERVISOR | 11. EFFECTIVE DATE (Resignation) |
|---|---|---|
| Ricky Jack | (signature) Jorge Blacksho ov | Ricky Jack 8-13-87 |

Form 2574
b. 1980

*(File permanently in OPF)*

**06 1189**

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT 2 1/8

| EFFECTIVE DATE | SEQUENCE NO. | USPS UCFE CODE: | U.S. MAIL | NOTIFICATION OF PERSONNEL ACTION | 323 | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| 8/13/87 | 57 | | | | | 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 |

## EMPLOYEE INFORMATION

| LAST NAME | FIRST NAME | INIT. | DATE OF BIRTH | VET. PREF. | PRIOR CSRS | TSP ELIG. | LIFE INS. | RET PLAN |
|---|---|---|---|---|---|---|---|---|
| JACKO | RICKY | | 11/26/59 | 2 | | E | R | 8 |

| LEAVE COMP | SERVICE DATES ENTER ON DUTY | RETIREMENT COMP | TSP-SCD | NEXT STEP | NOT TO EXCEED CODE | PROBATION EXPIR CODE | EMPL STATUS |
|---|---|---|---|---|---|---|---|
| 04/06/81 | 04/06/85 | 04/06/81 | 04/06/85 | 01-88 | | | |

| CAT | LEAVE DATA CHANGE PAYR | TYPE | RSC | GRADE/STEP | PP-YR | HOURS | MILES | SP CODE | INDEF USPS | EMPL TYPE | SEX | MINORITY | HANDI CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 09-94 | 1 | | | | | | | | | | | |

| CAREER CONDITIONAL DATE | SVS. ANNIV. | FROZEN CSRS | CRBL MIL SERV | CODE | LEVEL | YEAR | DISCIPLINE | POSTAL LIFE | RETIRED MILITARY | COLA | RURAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/06/85 | 08-85 | | | 2 | 07 | | | Y | | 2517 | |

| MAILING ADDRESS—STREET/BOX/APT. NO. | CITY | ST. | ZIP + 4 | DUTY STATION NAME |
|---|---|---|---|---|
| 131 HOLLY STREET | OAKLAND | CA | 94612-2346 | POSTMASTER PLEASANTON CA |

## POSITION INFORMATION

| FINANCE NO. | EMPLOYING OFFICE NAME | ZIP+4 | PAY LOC. |
|---|---|---|---|
| 05-6138 | POSTMASTER PLEASANTON CA 94566-9999 | | 131 |

| DUTY STATION FINANCE NO. | LABOR DISTR. | DES/ACT | POS. TYPE | LIMIT TOUR | RATE CODE | ALLOW CODE | ORG COVER | RED CIRCLE | ROUTE NO. | L-RATE RG | PAY TYPE | TRI-WKLY | FLSA | COMMIT | GUARANTEED SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-6138 | 21 | 13 | X1 | | | | | 0 | | | | | | | |

## NATURE OF PERSONNEL ACTION

| NOA | NATURE OF ACTION DESCRIPTION | AUTHORITY | MERIT ANNIV. |
|---|---|---|---|
| 310 | RESIGNATION CHARGES PENDING | 39-USC SECT 1001 | |

REMARKS  * CODE 504  * CODE 521  * CODE 522  * CODE 649 *
EMPLOYEE TO BE PAID FOR ALL ACCUMULATED LEAVE TO WHICH ENTITLES UNDER EXISTING LAW.
F-8 ISSUED 08/13/87.
LAST DAY IN PAY STATUS 09/13/87.
14 20-AUG RESIGNATION CHARGES PENDING TO SEPARATE EMPLOYEE FOR UNACCEPTABLE CONDUCT.
ARTICLE VI ANNIVERSARY PAY PERIOD YEAR IS 09-55

## SERVICE HISTORY INFORMATION

| NOA | NOA DESCRIPTION | EFF DATE | OCCUPATION CODE | POSITION TITLE | RSC | GRADE/STEP | SALARY |
|---|---|---|---|---|---|---|---|
| 100 | CAREER APPT | 04/06/85 | 231001XX | CARRIER CITY OR SPC | | 05/B | 9120 |
| 998 | CRFT COLA | 05106/86 | 231001XX | CARRIER CITY OR SPC | | 05/B | 19421 |
| 897 | CONTR INC | 07/19/86 | 231001XX | CARRIER CITY OR SPC | | 05/B | 19927 |
| 998 | CRFT COLA | 110886 | 231001XX | CARRIER CITY OR SPC | | 05/B | 20094 |
| 803 | CHG IN RET PLAN | 01/01/87 | 231001XX | CARRIER CITY OR SPC | | 05/B | 20094 |
| 893 | STEP INCREASE | 02/14/87 | 231001XX | CARRIER CITY OR SPC | | 05/C | 22198 |
| 998 | CRFT COLA | 050987 | 231001XX | CARRIER CITY OR SPC | | 05/C | 22508 |
| 310 | RESIGNATION | 08/13/87 | 231001XX | CARRIER CITY OR SPC | | 05/C | 22508 |

EXHIBIT 1
Page 1 of 2

| AUTHORIZATION | DATE | OPF FINANCE N |
|---|---|---|
| JOSEPH R CARAVES REGIONAL POSTMASTER GENERAL | 08/21/87 | 145/05-6 |

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
SAN FRANCISCO REGIONAL OFFICE

|  |  |  |
|---|---|---|
| RICKY JACKO, | ) ) ) | DOCKET NUMBER |
| Appellant, | ) ) | SF07529110022 |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) | DATE:  November 9, 1990 |
| Agency. | ) ) ) | |

## ORDER

During a status conference on November 9, 1990, the appellant and the agency representative agreed to settle the apellant's appeal on the basis of the terms set forth below. On the basis of these terms, a Board decision dismissing the appeal has been issued.

The appellant and the agency representative agree that the following is a complete statement of all the terms of their settlement agreement, reached freely and in good faith, in consideration of the mutual promises made below.

1) The agency agrees to accept and consider the appellant's application and process it in accordance with § 873 of the Employment and Labor Relations Manual and provisions of Handbook EL-311.

2) The agency will also provide the appellant a copy of these cited povisions.

3) The appellant will withdraw his petition before the Board.

4) This agreement resolves the matters raised by the appellant in this petition, but it is understood by the parties that the Board has no enforcement power over the agreement in

this instance because the matters raised by the appellant are
not within the jurisdiction of the Board.

FOR THE BOARD:

Philip L. Arnaudo
Administrative Judge

**REPORT OF SEPARATION FROM ACTIVE DUTY** / CERTIFICATE OF RELEASE OR DISCHARGE

| 1. NAME (Last, first, middle) | | | | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| JACKO, RICKY XXX | | | | NAVY - USN | 546 : 91 : 9412 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| FA | E2 | 26 NOV 58 | OAKLAND, CA |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| USS LONG BEACH CGN-9 | USS LONG BEACH CGN-9 AT SAN DIEGO, CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 | AMOUNT $ 20,000   ☐ NONE |

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years)

DG-9760 ELECTRICAL/MECHANICAL EQUIPMENT REPAIRMEN
(02 YEARS, 11 MONTHS)

| 12. RECORD OF SERVICE | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 76 | AUG | 04 |
| b. Separation Date This Period | 80 | AUG | 03 |
| c. Net Active Service This Period | 04 | 00 | 00 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 03 | 08 | 11 |
| h. Effective Date of Pay Grade | 79 | DEC | 19 |
| i. Reserve Oblig. Term. Date | 82 | AUG | 03 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (all periods of service)

NAVY BATTLE "E" RIBBON

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

ECC FOR EM 362, MRPO 362, M/L EXAM FOR E-4, PAR FOR EM3. DC/FF, 1 WK, APR 77, REPAIR PARTY TRAINING, 1 WK, DEC 77.

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM  ☐ YES ☒ NO | 16. ... ☒ YES ☐ NO | 17. DAYS ACCRUED 6.5 |
|---|---|---|

18. REMARKS

NONE

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 265 VERNON STREET, APT. 202 OAKLAND, CA 94607 | SENT TO CA — DIR OF VET AFFAIRS  ☒ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPE ... SIGNATURE OF OFFICIAL |
|---|---|
| *Ricky Jacko* | A. BONILLA, PNC, USN, ASSTPERSOFFBYDIR OY C.O. |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| BUPERSMAN 3840260.2 | LBK/942 | RE-3R |

28. NARRATIVE REASON FOR SEPARATION

USN, RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | |

DD FORM 214

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU

# REPORT OF SEPARATION AND RECORD OF SERVICE

ORT OF SEPARATION
RECORD OF SERVICE IN THE [1] ARMY   NATIONAL GUARD OF CALIFORNIA   AND AS A RESERVE OF THE [2] ARMY

1. Insert either Army or Air    2. Enlisted personnel only - insert only Army or Air Force

| AST NAME · FIRST NAME · MIDDLE NAME | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| CKO RICKY (NMN) | ARNGUS/CAARNG | 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 |

| | YR | MO | DA | 5a. RANK | 5b. PAY GRADE | 6. DATE OF RANK | YR | MO | DA | 7. DATE OF BIRTH | YR | MO | DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF ENL | 89 | 08 | 31 | PFC | E-3 | | 93 | 02 | 26 | | 58 | 11 | 26 |

| a. STATION OR INSTALLATION AT WHICH EFFECTED | 8b. EFFECTIVE DATE | YR | MO | DA |
|---|---|---|---|---|
| ET 1 649TH MP CO, RICHMOND, CA 94804-4197 | | 94 | 06 | 07 |

| . COMMAND TO WHICH TRANSFERRED | 10. RECORD OF SERVICE | YRS | MOS | DAYS |
|---|---|---|---|---|
| /A | (a) NET SERVICE THIS PERIOD | 04 | 09 | 07 |
| | (b) PRIOR RESERVE COMPONENT SERVICE | 02 | 00 | 00 |
| | (c) PRIOR ACTIVE FEDERAL SERVICE | 04 | 00 | 00 |

| 1. TERMINAL DATE OF RESERVE/MILITARY SERVICE OBLIGATION | YR | MO | DA | (d) TOTAL SERVICE FOR PAY | 10 | 09 | 07 |
|---|---|---|---|---|---|---|---|
| | 94 | 06 | 07 | | | | |

| 2. MILITARY EDUCATION (Course Title, number of weeks, month and year completed) | 13. PRIMARY SPECIALTY NUMBER, TITLE AND DATE AWARDED (Additional specialty numbers and titles) |
|---|---|
| C/FF, 1 WK, APR 77/REPAIR PARTY TRAINING, 1 WK, EC 77///NOTHING FOLLOWS/// | NONE |

| . HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED | 15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED THIS PERIOD (State Awards may be included) |
|---|---|
| SECONDARY/HIGH SCHOOL 12 YRS(Gr 1-12) COLLEGE 00 YRS | NAVY BTL "E" RBN/NDSM///NOTHING FOLLOWS/// |

| . SERVICEMAN'S GROUP LIFE INSURANCE COV | 17. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|
| | a. TYPE | b. DATE COMPLETED |
| ] YES ☐ NO | NONE | NONE |
| MT $ 100,000 | | |

. REMARKS
NG PERIOD: 910812-940607.  NGB FORM 22 AND NGB FORM 55 MAILED BY FIRST CLASS MAIL TO DIVIDUAL'S LAST KNOWN ADDRESS AS SHOWN IN ITEM 19.///NOTHING FOLLOWS///

| . MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and Zip Code) | 20. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 23 4TH STREET ICHMOND, CA 94806 | SOLDIER NOT AVAILABLE TO SIGN |

| . TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| WID T. TOLLEFSON, CW3, CA ARNG ting Chief, Enlisted Personnel Management | Will O Thomas CW4 |

| AUTHORITY AND REASON | OTAG ORD 117-541 DTD 21 JUN 94 |
|---|---|
| C 260 CALIF M/VC & PARA 8-27w NGR 600-200;FAILURE TO REPORT TO ANNUAL MUSTER | |

| CHARACTER OF SERVICE | 25. TYPE OF CERTIFICATE USED | 26. REENLISTMENT ELIGIBILITY |
|---|---|---|
| ORABLE | NGB FORM 55 | RE CODE: 1 |

☐ REQUEST    ☐ DECLINE COPIES OF MY NGB FORM 22    INITIALS

Dear
DISTRICT
COURT:
These
are the
In-Service
EXAM
Test Results

I was
forced to
take
while in
LAS VEGAS
NV. 1998
(uspo. Sunset
BLVD)

They DID not
Adhere
to the
1990 MSPB
order Either
I went through
a lot of Stress
over this
ALSO
See MSPB 1990
order with
codes!
(That is)

00496521   2003   RECORD CARD

| NAME JACKO RICKY | POSITION TITLE CARRIER | (470) | FINAL RATING 70.2 |
| --- | --- | --- | --- |

| POST OFFICE OR INSTALLATION LAS VEGAS NV 89199-9998 | AREA OFFICES SELECTED 01 06 13 | TIE BREAKERS |
| --- | --- | --- |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
| --- | --- | --- | --- | --- | --- | --- | --- |
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | | |
| | | | | | X | 70.2 | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS                           NV   89101

| SOCIAL SECURITY NO. | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
| --- | --- | --- | --- | --- | --- |
| 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 | 11-58 | 04/07/98 | 31-4980 | 04/24/98 | |

PS Form 5912-A
June 1979        * ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN
                   A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.        (ALPHABETICAL COPY)

00496521   2003   RECORD CARD

| NAME JACKO RICKY | POSITION TITLE CLERK | (470) | FINAL RATING 70.2 |
| --- | --- | --- | --- |

| POST OFFICE OR INSTALLATION LAS VEGAS NV 89199-9998 | AREA OFFICES SELECTED 01 06 13 | TIE BREAKERS |
| --- | --- | --- |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
| --- | --- | --- | --- | --- | --- | --- | --- |
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | | |
| | | | | | X | 70.2 | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS                           NV   89101

| SOCIAL SECURITY NO | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO. | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
| --- | --- | --- | --- | --- | --- |
| 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 | 11-58 | 04/07/98 | 31-4980 | 04/24/98 | |

PS Form 5912-A
June 1979        * ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN
                   A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.        (ALPHABETICAL COPY)

00496521   2003   RECORD CARD

| NAME JACKO RICKY | POSITION TITLE FLAT SORTER MACHINE | (470) | FINAL RATING 70.2 |
| --- | --- | --- | --- |

| POST OFFICE OR INSTALLATION LAS VEGAS NV 89199-9998 | AREA OFFICES SELECTED 01 06 13 | TIE BREAKERS |
| --- | --- | --- |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
| --- | --- | --- | --- | --- | --- | --- | --- |
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | | |
| | | | | | X | 70.2 | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS                           NV   89101

| SOCIAL SECURITY NO | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
| --- | --- | --- | --- | --- | --- |
| 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 | 11-58 | 04/07/98 | 31-4980 | 04/24/98 | |

PS Form 5912-A
* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN

RECORD CARD

| NAME JACKO RICKY | POSITION TITLE DISTRIBUTION CLERK MACH. (470) | | FINAL RATING 70.2 |
|---|---|---|---|
| POST OFFICE OR INSTALLATION LAS VEGAS          NV          89199-9998 | AREA OFFICES SELECTED  01  06  13 | | TIE BREAKERS |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | 70.2 | |
| | | | | | Y | | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS                    NV   89101

| SOCIAL SECURITY NO 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 | DATE OF BIRTH 11-59 | DATE OF EXAMINATION 04/27/98 | INSTALLATION NO 31-4980 | DATE NTAC MAILED 04/24/98 | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|

PS Form
June 1979   5912-A        * ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN
A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.        (ALPHABETICAL COPY)

---

00406521    0003        RECORD CARD

| NAME JACKO RICKY | POSITION TITLE MARK-UP CLERK          (470) | | FINAL RATING INELIGIBLE |
|---|---|---|---|
| POST OFFICE OR INSTALLATION LAS VEGAS          NV          89199-9998 | AREA OFFICES SELECTED  01  06  13 | | TIE BREAKERS |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | | N/A |
| | | | | | Y | | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS                    NV   89101

| SOCIAL SECURITY NO 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 | DATE OF BIRTH 11-59 | DATE OF EXAMINATION 04/27/98 | INSTALLATION NO 31-4980 | DATE NTAC MAILED 04/24/98 | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|

PS Form
June 1979   5912-A        * ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN
A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.        (ALPHABETICAL COPY)

---

00406521    0003        RECORD CARD

| NAME JACKO RICKY | POSITION TITLE MAIL HANDLER          (470) | | FINAL RATING INELIGIBLE |
|---|---|---|---|
| POST OFFICE OR INSTALLATION LAS VEGAS          NV          89199-9998 | AREA OFFICES SELECTED  01  06  13 | | TIE BREAKERS |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | | N/A |
| | | | | | Y | | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS                    NV   89101

| SOCIAL SECURITY NO 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 | DATE OF BIRTH 11-59 | DATE OF EXAMINATION 04/27/98 | INSTALLATION NO 31-4980 | DATE NTAC MAILED 04/24/98 | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|

PS Form
June 1979   5912-A        * ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN
A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED        (ALPHABETICAL COPY)

RECORD CARD

00496521    0003

| NAME JACKO    PICKY | POSITION TITLE MAIL PROCESSOR        (472) | FINAL RATING INELIGIBLE |
|---|---|---|

| POST OFFICE OR INSTALLATION LAS VEGAS       NV       89122-9998 | AREA OFFICES SELECTED 01  06  13 | TIE BREAKERS |
|---|---|---|

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE X | | N/A |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1601 NORTH LAS VEGAS BLVD
LAS VEGAS                    NV    89101

| SOCIAL SECURITY NO 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 | DATE OF BIRTH 11-58 | DATE OF EXAMINATION 04/27/98 | INSTALLATION NO. 21-4899 | DATE NTAC MAILED 04/24/98 | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|

PS Form
June 1979    5912-A

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN
A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED

(ALPHABETICAL COPY)



DEPARTMENT OF VETERAN AFFAIRS
Medical Center
1700 Vegas Drive
Las Vegas, NV 89106

October 16, 2002

In Reply Refer To:

Re: Ricky Jacko
SSN: 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

To whom this concerns:

Mr. Jacko has asked me to write a letter in his behalf concerning Post Traumatic Stress Disorder (PTSD). This is to inform you that Mr. Jacko has been diagnosed in July 2002 with chronic PTSD by the PCT PTSD Team at the Southern Nevada Healthcare System, Las Vegas, NV. He continues to receive treatment at this facility.

Mr. Jacko experienced events of extreme stress while on active military duty in U.S. Navy from 1976-1980. He continues to experience symptoms of PTSD at the moderate to severe level in both frequency and intensity of the symptom. He remains in the early treatment stage for PTSD, and the severity of the PTSD symptoms are expected to remain unchanged for the foreseeable near future.

If additional information is needed, please feel free to contact me at 702.636.3000 x4415.

Sincerely,

Gustave E. Krauss, MBA, MA
Licensed Professional Clinical Counselor
State of Ohio #E-0001359
PTSD Services



DEPARTMENT OF VETER    AFFAIRS
Medical Center
1700 Vegas Drive
Las Vegas, NV 89106

October 16, 2002

In Reply Refer To:

Re: Ricky Jacko
SSN: 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

To whom this concerns:

Mr. Jacko has asked me to write a letter in his behalf concerning Post Traumatic Stress Disorder (PTSD). This is to inform you that Mr. Jacko has been diagnosed in July 2002 with chronic PTSD by the PCT PTSD Team at the Southern Nevada Healthcare System, Las Vegas, NV. He continues to receive treatment at this facility.

Mr. Jacko experienced events of extreme stress while on active military duty in U.S. Navy from 1976-1980. He continues to experience symptoms of PTSD at the moderate to severe level in both frequency and intensity of the symptom. He remains in the early treatment stage for PTSD, and the severity of the PTSD symptoms are expected to remain unchanged for the foreseeable near future.

If additional information is needed, please feel free to contact me at 702.636.3000 x4415.

Sincerely,

Gustave E. Krauss, MBA, MA
Licensed Professional Clinical Counselor
State of Ohio #E-0001359
PTSD Services