# UNITED STATES DISTRICT COURT

Ricky Jacko                               District of   COLUMBIA

FILED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ricky Jacko
Plaintiff

V.

LARRY BARNES POSTMASTER OR SUCCESSOR
US POST OFFICE- 201 13TH ST
CIVIC CENTER OAKLAND CA 94612
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

06 1189

CASE NUMBER:

I, __RICKY JACKO_____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes     ☑ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?           ☐ Yes     ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes   ☑ No
    b. Rent payments, interest or dividends              ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
    d. Disability or workers compensation payments       ☑ Yes   ☐ No - Social Security Disability.
    e. Gifts or inheritances                             ☐ Yes   ☑ No
    f. Any other sources                                 ☐ Yes   ☑ No

    RECEIVED
    MAY 26 2006
    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

    If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    RECEIVED
    JUN 19 2006
    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

2

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

RECEIVED
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

Larica Fantasia Jacko; She recives part of my
LFJ                    Social Security Disability; seperate
she recieves           Account.
$500.00 per month      She lives in Oakland California
seperate social security  12 yrs old; lives with great grandmother

I declare under penalty of perjury that the above information is true and correct.

5-24-2006                    Ricky Jacko
_____              _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

RECEIVED
JUN 29 2006

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ United States Judge  Date | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT _____  6/27/06 United States Judge  Date |

SOCIAL SECURITY ADMINISTRATION

                                             Date: December 7, 2005
                                             Claim Number: 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A
                                                         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DI

RICKY JACKO
GENERAL DELIVERY
RENO NV 89501-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2005, the full monthly
Social Security benefit before any deductions is......$ 973.90

   We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 973.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

   The date of birth shown on our records is November 26, 1958.

Important Information

   2005 BENEFITS WERE $935.00 FOR 2006; BENEFITS WILL BE $947.00 DUE TO
PAYMENT W/HOLDING

Social Security Benefit Information

   are entitled to monthly disability benefits.

06 1189
FILED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 800-352-1605. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 1170 HARVARD WAY
> RENO, NV 89502

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*[signature]*

OFFICE MANAGER

SOCIAL SECURITY ADMIN.
...Y
NV 89502-2107

RECEIVED
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT