**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Larry Barnes, Postmaster
US Post Office 1190-13th Street
Civic Center
Oakland, California 94612

Civil Action, File Number ~~CA-06-1187~~ RWR

~~Ricky Jacks~~
V.
~~Larry Barnes, Postmaster~~

...d pursuant to the Federal Rules of Civil Procedure.

...part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
...ose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...her entity, you must indicate under your signature your relationship to that entity. If
...thorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ____ days, you (or the party on whose behalf you
...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the
...vere sent. If you fail to do so, judgment by default will be taken against you for the

...tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
**JUL 21 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/05)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Larry Barnes, Postmaster

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Linda Davis_  ☐ Agent ☑ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   CHAPMAN                       7-7-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2510 0003 7140 4422
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540