UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT **1 3** 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| RICKY JACKO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LARRY BARNES, ) | Civil Action No: 06-1189 (RWR) |
| ) | |
| Defendant. ) | |

RESPONSE

I, Ricky Jacko; Service Connected Disabled Post Vietnam Veteran of the United States Navy and California Army National Guard, Social Security Recipient for PTSD (Post Traumatic Stress Disorder/ Anxiety Disorder; Diagnosed 2002 respectfully request that the district court accept this response and previous 15 page alpha davit submitted on 9-8-2004 when the case was re-opened.

I am aware of Larry Barnes is trying to file a motion to dismiss the case pertaining to him stating to me that I had to be employed for 2 years when I first filed a reinstatement letter to him around 1990 when I was first granted the order from the United States Merit Systems Protection Board; San Francisco, California pertaining the the codes EL-311 and article 873. At the time, I was so devastated even when I was given the order by the Merit Systems Protection Board, not even knowing I had PTSD, I simply took his word for it, left his office in Richmond, California and did not even bother to re open this case and try for reinstatement until I arrived in Las Vegas, Nevada in 1997.

Even though the Las Vegas Post Office and EEO there did not totally adhere to the codes 311 and article 873, they at least allowed me to take the U.S. Postal In-Service Exam for which I passed the exam for almost every position available including Mail Carrier. They at least had the decency to place me on the reinstatement list although they was to follow the two codes for when it was discovered by my former representative Richard O. Gaytan that the codes strictly referred to the EAP ( Employment Assistance Program).



WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

Case 1:06-cv-01189-RWR Document 6 / Response Filed 10/12/06   Page 2 of 2

The response that Larry Barnes and other officials are stating to you referring to
Me working for two years before even being allowed to apply for reinstatement not to
mention him also stating words about me being terminated for Unacceptable Conduct, all
of this should have been squashed when I had the hearing in 1990 with the Merit Systems
Protection Board.

I am also angry because there is a cover up somewhere within the ranks of the U.S. Post
office Bay Valley District because when me and my former Representative Richard O.
Gaytan appeared at the 2nd hearing at the U.S. Post Office located at 1675 7th Street
Oakland, California discovered that my 1982 Postal records were in my OPF but however
the 1985 to 1987 files were totally missing out of the OPF. I was hired by the same
Postmaster Jose Cantu during these periods. This alone immediately raised suspicion
concerning a cover up.

In conclusion to this story, I again request the district court to really read the documents
and the 15 page alpha davit I am submitting with this response. Whatever Larry Barnes or
anyone else is trying to do to dismiss this case on their behalf, I am requesting again that
their motion to dismiss this case be reversed and kept open and investigated until an
agreeable solution can be sought.

Thank you for accepting my response.

Sincerely


Ricky Jacko
Plaintiff

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

Case 1:06-cv-01189-RWR Document 6 / Motion for extension Filed  10/12/2006    Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY JACKO,<br><br>    Plaintiff,<br>v.<br><br>LARRY BARNES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 06-1189 (RWR)<br>)<br>)<br>)<br>) |

## MOTION TO ACCEPT THE POSTMARKED RESPONSE

I, Ricky Jacko; Service Connected Disabled Post Vietnam Veteran of the United States Navy and California Army National Guard, Social Security Recipient for PTSD (Post Traumatic Stress Disorder/ Anxiety Disorder; Diagnosed 2002 respectfully request that the district court accept this motion to extend and accept the enclosed response letter dated 10/12/06.

Reason for the request is that it was extremely hard for me to type this response due to not only hardship but also it was emotionally draining for me to type the response. If the courts can accept this motion request for extension at least one week after the 10/13/2006 final date , I would be grateful.

Sincerely

*/s/ Ricky Jacko*

Ricky Jacko
Plaintiff



WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010