*Ricky Jacko

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

I worked very hard to pass these inservice exams with the USPO back in 1998 in Las Vegas NV.

I was not supposed to even go through the hassle to take this 4 (4) hour exam.

I had already had the MSPB order to be reinstated in 1990, Due to the codes EL911 and Article 873 (EAP) program for which I was not informed about by the USPO.

Seeking Justice Either reinstatement or Disability or Retirement.

00496521 0003 RECORD CARD

| Field | Entry |
|---|---|
| NAME | JACKO RICKY |
| POSITION TITLE | CARRIER (4701) |
| FINAL RATING | 70.2 |
| POST OFFICE OR INSTALLATION | LAS VEGAS NV 89199-9998 |
| AREA OFFICES SELECTED | 01 06 13 |
| TIE BREAKERS | |
| PART FAILED (WRITTEN / EXPERIENCE / TYPING / DICTATION) | |
| TYPE OF EXAMINATION | ENTRANCE: — IN SERVICE: X |
| BASIC RATING | 70.2 |
| VETERAN POINTS * | |
| SPECIAL NOTES | |
| ADDRESS (No., Street, City, State and ZIP Code) | 1501 NORTH LAS VEGAS BLVD LAS VEGAS NV 89101 |
| SOCIAL SECURITY NO | 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 |
| DATE OF BIRTH | 11-53 |
| DATE OF EXAMINATION | 04/07/98 |
| INSTALLATION NO | 31-4880 |
| DATE NTAC MAILED | 04/24/98 |
| DATE NAME ENTERED ON REGISTER | |

PS Form 5912-A June 1979

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.

(ALPHABETICAL COPY)

00496521 0003 RECORD CARD

| Field | Entry |
|---|---|
| NAME | JACKO RICKY |
| POSITION TITLE | CLERK (4701) |
| FINAL RATING | 70.2 |
| POST OFFICE OR INSTALLATION | LAS VEGAS NV 89199-9998 |
| AREA OFFICES SELECTED | 01 06 13 |
| TIE BREAKERS | |
| PART FAILED (WRITTEN / EXPERIENCE / TYPING / DICTATION) | |
| TYPE OF EXAMINATION | ENTRANCE: — IN SERVICE: X |
| BASIC RATING | 70.2 |
| VETERAN POINTS * | |
| SPECIAL NOTES | |
| ADDRESS (No., Street, City, State and ZIP Code) | 1501 NORTH LAS VEGAS BLVD LAS VEGAS NV 89101 |
| SOCIAL SECURITY NO | 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 |
| DATE OF BIRTH | 11-53 |
| DATE OF EXAMINATION | 04/07/98 |
| INSTALLATION NO | 31-4880 |
| DATE NTAC MAILED | 04/24/98 |
| DATE NAME ENTERED ON REGISTER | |

PS Form 5912-A June 1979

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.

(ALPHABETICAL COPY)

00496521 0003 RECORD CARD

| Field | Entry |
|---|---|
| NAME | JACKO RICKY |
| POSITION TITLE | FLAT SORTER MACHINE (4701) |
| FINAL RATING | 70.2 |
| POST OFFICE OR INSTALLATION | LAS VEGAS NV 89199-9998 |
| AREA OFFICES SELECTED | 01 06 13 |
| TIE BREAKERS | |
| PART FAILED (WRITTEN / EXPERIENCE / TYPING / DICTATION) | |
| TYPE OF EXAMINATION | ENTRANCE: — IN SERVICE: X |
| BASIC RATING | 70.2 |
| VETERAN POINTS * | |
| SPECIAL NOTES | |
| ADDRESS (No., Street, City, State and ZIP Code) | 1501 NORTH LAS VEGAS BLVD LAS VEGAS NV 89101 |
| SOCIAL SECURITY NO | 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 |
| DATE OF BIRTH | 11-53 |
| DATE OF EXAMINATION | 04/07/98 |
| INSTALLATION NO | 31-4880 |
| DATE NTAC MAILED | 04/24/98 |
| DATE NAME ENTERED ON REGISTER | |

PS Form

00496521 0003

**RECORD CARD**

| NAME | POSITION TITLE | FINAL RATING |
|---|---|---|
| JACKO RICKY | DISTRIBUTION CLERK MACH. (470) | 70.2 |

| POST OFFICE OR INSTALLATION | AREA OFFICES SELECTED | TIE BREAKERS |
|---|---|---|
| LAS VEGAS NV 89199-9998 | 01 06 13 | |

| PART FAILED: WRITTEN | EXPERIENCE | TYPING | DICTATION | TYPE OF EXAMINATION: ENTRANCE | IN SERVICE | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| | | | | | Y | 70.2 | |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS NV 89101

| SOCIAL SECURITY NO | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|
| 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 | 11-59 | 04/07/98 | 31-4880 | 04/24/98 | |

PS Form 5912-A June 1979

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.

(ALPHABETICAL COPY)

00496521 0003

**RECORD CARD**

| NAME | POSITION TITLE | FINAL RATING |
|---|---|---|
| JACKO RICKY | MARK-UP CLERK (470) | INELIGIBLE |

| POST OFFICE OR INSTALLATION | AREA OFFICES SELECTED | TIE BREAKERS |
|---|---|---|
| LAS VEGAS NV 89199-9998 | 01 06 13 | |

| PART FAILED: WRITTEN | EXPERIENCE | TYPING | DICTATION | TYPE OF EXAMINATION: ENTRANCE | IN SERVICE | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| | | | | | Y | | N/A |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS NV 89101

| SOCIAL SECURITY NO | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|
| 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 | 11-58 | 04/07/98 | 31-4880 | 04/24/98 | |

PS Form 5912-A June 1979

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.

(ALPHABETICAL COPY)

00496521 0003

**RECORD CARD**

| NAME | POSITION TITLE | FINAL RATING |
|---|---|---|
| JACKO RICKY | MAIL HANDLER (470) | INELIGIBLE |

| POST OFFICE OR INSTALLATION | AREA OFFICES SELECTED | TIE BREAKERS |
|---|---|---|
| LAS VEGAS NV 89199-9998 | 01 06 13 | |

| PART FAILED: WRITTEN | EXPERIENCE | TYPING | DICTATION | TYPE OF EXAMINATION: ENTRANCE | IN SERVICE | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| | | | | | Y | | N/A |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS NV 89101

| SOCIAL SECURITY NO | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|
| 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 | 11-58 | 04/07/98 | 31-4880 | 04/24/98 | |

PS Form 5912-A June 1979

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED.

(ALPHABETICAL COPY)

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

00496521 0003

## RECORD CARD

| NAME | POSITION TITLE | | | FINAL RATING |
|---|---|---|---|---|
| JACKO RICKY | MAIL PROCESSOR (470) | | | INELIGIBLE |

| POST OFFICE OR INSTALLATION | AREA OFFICES SELECTED | TIE BREAKERS |
|---|---|---|
| LAS VEGAS NV 89102-3993 | 01 06 13 | |

| PART FAILED | | | | TYPE OF EXAMINATION | | BASIC RATING | VETERAN POINTS * |
|---|---|---|---|---|---|---|---|
| WRITTEN | EXPERIENCE | TYPING | DICTATION | ENTRANCE | IN SERVICE | | |
| | | | | | Y | | N/A |

SPECIAL NOTES

ADDRESS (No., Street, City, State and ZIP Code)
1501 NORTH LAS VEGAS BLVD
LAS VEGAS NV 89101

| SOCIAL SECURITY NO | DATE OF BIRTH | DATE OF EXAMINATION | INSTALLATION NO. | DATE NTAC MAILED | DATE NAME ENTERED ON REGISTER |
|---|---|---|---|---|---|
| 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 | 11-58 | 04/07/98 | 31-4899 | 04/24/98 | |

PS Form 5912-A June 1979

* ALL APPLICANTS IN A COMPETITIVE EXAMINATION MUST ATTAIN A RATING OF 70 BEFORE VETERAN'S PREFERENCE IS ALLOWED

(ALPHABETICAL COPY)



U.S. Postal Service
**EEO INVESTIGATIVE AFFIDAVIT (COMPLAINANT)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 1 | | 4F-945-0136-04 |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Ricky Jacko | Pleasanton, California |

| 3. Position Title | 4. Grade Level | 5. Postal Address and Zip + 4 | 6. Unit Assigned |
|---|---|---|---|
| Mail Carrier | PS-5 -C | 4300 Black Avenue | Mail Delivery Unit |

## Privacy Act Notice/USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## Important Information Regarding Your Complaint

This PS Form 2568-A, EEO Investigative Affidavit (Complainant), and the other form mentioned below, are being provided for you to use to fully respond to the accompanying questions. Mail or deliver your completed statement to the EEO complaints investigator within15 calendar days of the date you received the forms. Use PS Form(s) 2569, EEO Investigative Affidavit (Continuation Sheet), as needed, to complete your written statement. Remember to number the top of each page and sign and date the bottom of each page of your statement. If you return your statement by mail, the return envelope must be postmarked on or before the 15th calendar day after the date that you received the affidavit forms. Failure to complete your statement and return the forms within the allotted time period could result in your complaint being dismissed based upon your failure to proceed. EEOC complaints processing regulation. 29 C.F.R. 1614.107(a)(7), states, in part, [A complaint may be dismissed] "Where the agency has provided the complainant with the written request to provide relevant information or otherwise proceed with the complaint, and the complainant has failed to respond to the request within 15 days of its receipt, or the complainant's response does not address the agency's request, provided that the request included a notice of the proposed dismissal."

7. Statement A(Continue on Form 2569 if additional space is required)

Anwser to Question 1.
I, Ricky Jacko;honorable discharged military veteran of the United States Navy;From:8-4-1976 to 8-3-1980 and the California/ Army National Guard; from: 8-31-1989 to 6-7-1994; currently disabeled by the Veterans Admininstration for PTSD (PostTraumatic Stress Disorder/Anxiety Disorder,skin and hearing loss/ringing of the ears/Tintintius, and former letter carrier who was under the command of Jose Cantu (Poastmaster) during a 90 day probation period at the United States Post Office in Hayward in 1982 and then re-hired from my battery test scores in 1985 at the United States Post Office by the same Poastmaster from 4-1985 to 8-13-1987 respectfully request immediate investigation and fair resoulution including all back pay, pain and suffering and other resolutions pertaining to the United States Post Office not adhearing to the Federal MSPB (Merit Systems Protection Board) Order dated November 9, 1990 referring to being re-instated under articles 873 and EL 311 which at the time I was notinformed by the Post Office that the codes referred to the EAP Employee Assistence Program. I was kept in the dark and given the run around for many years when the Post Office should have

**I declare under penalty of perjury that the foregoing is true and correct**

| Affiant's Signature | Date |
|---|---|
| Ricky Jacko Ricky Jacko | 9-08-2004 10/11/06 |

P

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | | 4F-945-0136-04 |

adheared to the 1990 MSPB Order.

As I stated in the first few aaragraphs before, prior EEO activity consisted of me and my EEO representative by the name of Rihard O. Gaytan attending two Re-dress meetigns in the early part of 2004 at the United States Postal facility located at 1675 7th Street Oakland, California. The Employment Managers who denied me the reinstatement and other resoulutions were by the names of Ms. Shirley Morris (Manager Personel Services), dated April 16,2004, and Mrs. Sandra Barton another United States Postal offical.

Current EEO activity is being addressed by Mrs. Joelle Davis who is an Independant EEO Representative representing the Veritas Northwest Region; Tualatin, Orgeon. Her direct telephone number: (503)885-1152.

Anwser to Question 2.

I am attempting to be erinstated to PS-5 Step C(Career Full Time Mail Carrier),Computer Mainframe Operator at any United States Postal Data Center in the Contential United States, or any well paying full time position that I qualified for from my United States Postal In-Service Battery exams ( 10% veterans) score qualified, I am also requesting in the resoulutios, that the Form 50 that Joyce Blakshure ruined my life with pertaining not being able to even be able to try another federal job with the false statements she put in the form 50 stating REsignation/ Charges Pending be immediately removed lile she should have done

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jackson Ricky Jackson 10/11/06

Date Signed: 9-08-2004

PS Form 2569, March 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 3 | | 4F-945-0136-04 |

or better yet, she should have never placed the document on top of my resignation in the first place for which the Honorable Judge Phillip Aronodo discovered this by the dates concerning each document. Thats why all of the false accusations that JOyce Blackshure had me under should have deleted from my OPF files and I should have been immediately reinstated under Article 873 and El 311. This did not happen this way of course. At the redress meeting all of my 1982 Postal files were there when I was with the United States Postal Facility in Hayward, California under the same Poastmaster, however the 1985 to 1987 OPF Postal files were totally missing. This includes all of the so called charges Joyce Blackshure had me under not to mention. the greviences I had filed on her on constant basis ever since I was working under her command. Im sorry that the order of the anwsers may be out of order however I am really angry over this I gave so much to this country and did what was expected of me and this is how I am paid back.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jacko Ricky Jacko 10/11/06

Date Signed: 9-08-2004

PS Form 2569, March 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 4 | | 4F-945-0136-04 |

Anwser to Question 3.

The reason why I have the right to not only be re-instatd in addition to back pay, compensatory damages referring to the pain and suffering that I expirienced and sill expering is that there was a Federal MSPB order dated November 9, 1990 by the Honorable Judge Phillip Aronodo stating by the order that I was to be given consideration for reinstatement under article 873 of the Employment Relatiops Mannual and under the provisions of the Handbook EL-311. At the time of this order, the PostOffice did not inform me concerning the reinstatement codes that this this order was under. It took Richard O. Gaytan, my current EEO representative located at the Oakland Federal Building Oakland, California his dilligence and expertise to find out on my behalf what the reinstatement codes were. The codes reffered to the (EAP) Employee Assistence Program for which the Post Office, especially Joyce Blackshure and the rest of the Postal Management Officials involved did not want me to know about.

As an honorable discharged veteran of the United States Navy and The California Army National Guard, especially beinng currently disabeled with PTSD,Partial Hearing Loss and Skin Conditions with a current 10% Service Connected Disability Rating from the Veterans Admininstration should have been reinstated and gramted full rights and other remidies. All I got was 18 years of total deception and the run arround from different Postoffices

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Aacks Ricky Aack 10/11/06 | 9-08-2004 |

PS Form 2569, March 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 5 | | 4F-945-0136-04 |

informing to me that I had to work somewhere for over a year to prove myself before being reinstated. That is not what was stated in the order by the Honorable Judge Phillip Aronado.

They even had the adacity concerning me retaking the the United States Postal In-Service Battery Exam to the point that had to walk in the hot Nevada sun and take buses to sit in a take the 4 hour exam for which I passed the exam with my veteran preference points for almost every position that they had.

I previously worked for the United States Post Office in Pleasanton, California located at 4300 Black Avenue./My position was Full-Time Career Lerrer Carrier PS-5 Step C which included 6 weeks of annual leave per year and other incenitives based on my honorable military service as a Post Vietnam Veteran. I worked for the Post Office on two occassions by the same Poastmaster Jose Cantu. In 1982 I worked only 89 days andJose Cantu stated that I had to re-ttend college because of poor performance. The fact was that they did not let me have enough mail casing practice to learn how to properly case the m mail. They only let me deliver the mail for 89 days before Jose stated to me that I needed to re attend college before I was allowed to be appointed again for which I attended the College of Alameda/ Alameda, College from 1-1983 to 4-1985. The only To my surprise around 3 -1984 I was called back to the United States Office around 6 or 7 times by official letters for all types of positions based on my Battery test scores.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Hacks Ricky Hacks 10/11/06

Date Signed: 9-08-2004



WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 6 | | 4F-945-0136-04 |

I chose the opening in Pleasanton, California only to my surprise that Jose Cantu was the Poastmaster there. When I walked into his office he was surprised to see me and stated after he saw my resume and college transcripts that quote; " I am going to give you another chance."

The circumstances around my separation consisted of almost 3 years of constant harassments and write-ups by Joyce Blackshure I had to file greviences constantly with Bruce Holt my former United States Postal Union Branch 1111 Repesentative. The final situations involved a roomate who was temporarily living with me by the name of Lenoard Hibbler who was stealing mail around Christmas of 1986. I did not know of thisand while the FBI and the Postal Inspectors were interrogating me and him, Joyce Blackshure had placed me under suspension without pay until the investigation was completed which took a few weeks. After Lenoard confessed to the agents of his criminal activities, Joyce decided to suspend me witout pay for another 4 weeks without pay out anger and malice.

Naturally I was finacially stricken to the point I had to move out of my nice apartmentinto a transient state of condition not to mention that I had to borrow some money from some of my postal delivery customers just to be able to eat and to survive until the Postal Union could straighten this out. Unfortunately, one of the customers from my route called the Post Office and when I was allowed to return back to work, Joyce had a certified

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Jacks Ricky Jacks 10/11/06 | 9-08-2004 |

PS Form 2569, March 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE ®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 7 | | 4F-945-0136-04 |

for me to sign. I had already cased my mail pertaining to my route for almost 4 hours before being ready to go into the street to deliver it. I thought the certified letter was for a constituent for me to deliver. The letter was addressed to me stating I was being termininated for borrowing the money along with all of the other petty charges that were resolved through all of the greviences I had previously filed with Bruce Holt during my almost 3 years of hell with Joyce Blackshure.

Thats when I became totaly homomeless, full of anger and rage, not to mention not having any trust with the Government whats so ever in addtion to my credit being ruined. also totaly depressed and still not being informed that I even had PTSD nor other illinesses until 2002.

I wasnot aware of any special procedures following reinstatement rights as a Post Vienam Era Veteran and Desert Storm Era Veteran. I should have been informed of the reinstatement codes concerning me as an honorable 10 year military veteran of the United States Navy and California Army National Guard concerning articles 873 and El-311 for which I was informed of these codes after years of heartache by Richard O. Gaytan ( EEO ) Representative and not the Post Office.I was given the run around for years and not properly reinstated. The codes for which Richard is referring to refferes to the EAP ( Employee Assistence Program) within the United States Post Office.

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Jacks   Ricky Jacks 10/11/06 | 9-08-2004 |

PS Form 2569, March 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
| --- | --- | --- |
| 8 | | 4F-945-0136-04 |

As I have previously stated, I was not given any special procedures concerning reinstatement nor reassignment and since I had the Federal MSPB (Merit Systems Protection Board) Order with the reinstatement codes 873 and El-311 for which the Post Office did not inform me of and Richard O. Gaytan did that should have been enough so I could have gotten reinstated and given back pay and any other allowence to make my life better emptionally, spritually and professionally.

Anwser to Question 4.

Current Management should have been aware of my reinstatement rights, however they failed to inform me of the the reinstatement codes I had from the MSPB Order concerning Articles 873 and El-311 as a Post Vietnam Era Veteran which concerned the EAP ( Employee Assistence Program). I also gave the Postal Management in the Las Vegas Nevada area and the Oakland California area the MSPC Order. All that Las Vegas allowed me to do was to take the In-Service exam for which they placed me on the reinstatement list for which I was never called anyway. Mrs. White and Shelly Morris ( United States Postal Managers) totally evaded the reinstatement order.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jacko — Ricky Jacko 10/11/06

Date Signed: 9-08-2004

PS Form 2569, March 200[illegible]

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
| --- | --- | --- |
| 9 | | 4F-945-0136-04 |

Anwser to Question 5.

I applied for the current position around late 2003 and and 2004. I should have been qualified for the position based on my prior mail carrier expirence which was harder than it is now. to even hold the position. Also I should have been qualified based on all Postal Battery scores which I passed.concerning the In-Service Exams, however, Shelly Morris, Ms. White and Sandra Barton completely evaded this during the 2 re-dress metings that me and Richard O. Gaytan attended.

Anwser to Question 6.

I am not sure if the Carrier or Clerk positions that were offered to me by Ms. Shirley Morris and Mrs. White ( United states Postal Management located at 1675 7th Street Oakland California were filled nor Not. I have no access to this information except using the internet under OPM.Gov.

Anwser toQuestion 7.

During the last re-dress meeting located at 1675 7th Street Oakland, California, that me, Richard O. Gaytan, Sandra Barton, Mrs. Shelly Morris and Mrs. White attended, I was not going to be reinstated by them due to another charge that happened over 8 years ago, 1997 to be exact concerning an old DuI charge that happened in California that was completely dismissed after 3 years which made my driving record completely clean.not to not to mention they stated I had to work somewhere for over a

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jacko Ricky Jacko 10/11/06

Date Signed: 9-08-2004

PS Form 2569, March 2001


WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No | No Pages | Case No. |
|---|---|---|
| 10 | | 4F-945-0136-04 |

year. That was an unfair statement to keep me from being reinstated. I passed the Battery In Service Exams so this should have definitely qualified me without a doubt to be be reinstated. not to mention the MSPB Order they should have adheared to and they failed to do so.

The information was given to me by Ms. White, Mrs. Morris and Sandra Barton during the last re dress meeting me and Richard O. Gaytan attended.

Anwser to Question 9.

I filed several grevieces while employed by the United States Post Office between 4-1985 and 8-1987 while at the Posal facility located at 4300 Black Avenue Pleasanton, California. It is ironic that the 1982 OPF records were in side my OPF file jacket when I was first assigned for 89 days under Jose Cantu (Poastmaster). Why are the1985-1987 OPF files missing ? Were the so-called charges alleged by Joyce Blackshure and the grevivences I filed with Bruce Holt shredded ?
I had filed other EEO complaints also which I was also denied.

Anwser to Question 10.

I feel why retaliation was a factor because I simply stood up for my rights as a Post-Vietnam Era Veteran for the last 18 years and the United States Post Office are afraid that they made a mistake and this includes Joyce Blackshure, Ms. White and

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Jacko Ricky Jacko 10/11/06 | 9-08-2004 |

PS Form 2569, March 2001


WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 11 | | 4F-945-0136-04 |

and Mrs. mMorris in addition to Mrs. Sandra Barton and also due to the fact they know I am going for my back pay in addition to the pain and suffering that was caused to me. Compensatory damages.

Anwser to Question 10 continued.

The U.S.P.O should have been aware of my protected activity. They should have carefully read the reinstatement codes 873 and El-311 and adheared to them regardless of when they were written.

Anwser to Question 11.

Yes. I have a physical disability. I have been recently classified as having partial hearing loss and ringing of the ears Tintintius. I am recieving 10% Service Connected Veterans Admininstration Compensation for this as of November of 2003 in addition to having pending service connected cases for PTSD currently being reviewed by the Board of Veterans Appeals in Washington, D.C. . I am currently on Social SecurityDisability for PTSD ( Post Traumatic Stress Disorder).

I have been diagnosed as having PTSD ( Post Traumatic Stress Disorder) by three Medical Professionals represented by the Veterans Admininstration ( See V/A Medical Phycological Statements made in 2002 and 2004).

I am currently on Social Security Disability as previously stated since 7-2001.to the present.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jacko    Ricky Jacko 10/11/06

Date Signed: 9-08-2004



WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE ®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 12 | | 4F-945-0136-04 |

When I was first employed by the United States Post Office I had trouble sleeping quite a few nights.

I not only had and still have Post military nightmares, I also had high anxiety because of Joyce Blackshures hostile actions aganist me. My problems simply escalated. Although I performed my mail carrier assignments to the letter, I was not aware of the escalating PTSD nor any other illilnesses nor was I informed by any any government agencies including the Veterans Admininstration of my conditions until I started attending the the Anger Management sessions at the Veterans Admininstration Hospital and the Michael O.Callahan Federal Hospital in Las Vegas, Nevada from 2001 to 2003.

Anwser to 2nd Page Questions.

1. Yes I have provided three statements from the Veterans Admininstration from Doctors and PTSD Specilaists. that I have this medical and phycological problem PTSD and partial hearing loss including ringing of the ears. Tintintius.

2. No they were not. I wasn't even aware that I had PTSD nor hearing loss and skin problems until 2001, 2002,2003 and and 2004.

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Macko Ricky Macko 10/11/06 | 9-08-2004 |

PS Form 2569, March 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 13 | | 4F-945-0136-04 |

3. The Veterans Adminstration are chiefly aware. (See PTSD Statements).

4. Yes they were. When I applied for reinstatement and provided the United States Post Office with the propeer documentation.

Anwser to Question 5.

Reasons are that when I was Enlisted in the United States Navy and the California Army National Guard I worked around a lot of machinery and was exposed to loud noise from weapons as well. The so called proper hearing protection issued by the military was supposed to be adauaate enough to prevent hearing problems occuring later however this was not the case. During some United States Postal instructions given by Joyce Blakshure issued to me, I may have had to ask a couple of times to clarify the instructions, but I was still able to perform my duties professionaly to the best of my ability.

Anwser to Question 6.

PTSD was a major factor when I was a mail-carrier in 1982 and in 1985 to 1987 because all of the Post military stress I had endured and Joyce Blackshure's harrassments simply escalated my illiness without me even knowing it.

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Macko    Ricky Macko 10/11/06 | 9-08-2004 |

PS Form 2569, March 2001


WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 14 | | 4F-945-0136-04 |

Anwser to Question 12.

None. No employment status with the federal civillian sector since 8-13-1987. I have had EEO cases and have been in litigation with the United States Post Office for my reinstament rights and other compensation rights since 8-1987.

Anwser to Question 12/13.

I amnot aware of any other employees being granted re-instatement at all.

Anwser to Question 14.

I am not aware of any employees who were denied reinstatement.

Anwser to Question 15.

I just heard though the grapevive that some people had heard of Joyce Blackshure and was somewhat aware of how she was treating African American males and Hispanics during that period.

Anwser to Question 16.

The most important documents are the MSPB Federal Order handed down by theHonorable Judge Phillip Aronado of November 9, 1990 stating the reinstatement codes 873 and El-311 that the USPO did not adhere to. I did my part and witdrew any other further action during that period. They should have honored their commitment instead of evading the order and giving me the run around for over 14 plus years.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jacks Ricky Jacks 10/11/06

Date Signed: 9-08-2004

PS Form 2569, March 2001



WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES POSTAL SERVICE®

**EEO Investigative Affidavit** *(Continuation Sheet)*

| Page No. | No. Pages | Case No. |
|---|---|---|
| 15 | | 4F-945-0136-04 |

Not only this, they also again gave me false hopes of ever even being able to clear my name and background and gain any other type of career federal employment. I even went back to school; a special type of Computer School called Computer Learning Centers located in San Francisco, California and sucessfully completed a 3 year University level course in in Computer Operations concerning IBM Mainframes and interfaces. to the point to I couldnt even obtain a federal job doing this because every time I put in a federal application with a federal agency the United States Postal incident appears. Concerning Joyce Blackshures blunders against me.

Anwser to Question 17.

My resolution is immediate reinstatement to any position of my choosing for which I am found qualified by either battery test scores or by college certificates, military documents or all combined. This includes any Postal data Center in the contiential United States or the world where where there is as opening. My resolution also consists of seeking 14 to 18 years of back pay and compensatory damages for all of the pain and suffering I endured. I am also seeking the Form 50 Joyce Blackshure placed on top of my my resignation stating Charges Pending be removed. I also request that the United States Post office adhere to the MSPB Order and treat me fairly like it should have been. Thank you for your concern in this matter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Ricky Jacko    Ricky Jacko

Date Signed: 9-08-2004

10/11/06

PS Form 2569, March 2001



U.S. Postal Service
**Certification**

Case No.
**4F-945-0136-04**

I have read the proceeding attached statement, consisting of 15 pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and wilfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

## Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## USPS Standards of Conduct

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

## Oath / Affirmation

Subscribed and (sworn) (affirmed) before me on this ________ day of ____________________, 20_____.

| Signature of EEO Complaints Investigator | Affiant's Signature (Sign in the presence of EEO Investigator)<br>Signature of Affiant |
|---|---|
| | |

## Declaration

**I declare, under penalty of perjury, that the foregoing is true and correct.**

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator.)*

| Affiant's Signature | Date Signed |
|---|---|
| Ricky Jacks   Ricky Jacks | 9-08-2004 |

10/11/06

PS Form **2571**, May 2001

WILLIAM E. WARD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-107678-2 - Expires July 24, 2010

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
SAN FRANCISCO REGIONAL OFFICE

RICKY JACKO,
Appellant,

v.

UNITED STATES POSTAL SERVICE,
Agency.

DOCKET NUMBER
SF07529110022

DATE: November 9, 1990

ORDER

During a status conference on November 9, 1990, the appellant and the agency representative agreed to settle the apellant's appeal on the basis of the terms set forth below. On the basis of these terms, a Board decision dismissing the appeal has been issued.

The appellant and the agency representative agree that the following is a complete statement of all the terms of their settlement agreement, reached freely and in good faith, in consideration of the mutual promises made below.

1) The agency agrees to accept and consider the appellant's application and process it in accordance with § 873 of the Employment and Labor Relations Manual and provisions of Handbook EL-311.

2) The agency will also provide the appellant a copy of these cited povisions.

3) The appellant will withdraw his petition before the Board.

4) This agreement resolves the matters raised by the appellant in this petition, but it is understood by the parties that the Board has no enforcement power over the agreement in



this instance because the matters raised by the appellant are not within the jurisdiction of the Board.

FOR THE BOARD:

Philip L. Arnaudo
Administrative Judge

U.S. POSTAL SERVICE

RESIGNATION FROM POSTAL SERVICE

INSTRUCTIONS: EMPLOYEE complete Items 1 through 11 and submit form to your immediate supervisor, tour superintendent, or other official designated to receive resignations.

The collection of this information is authorized by 39 USC 1001. This information will be used to finalize the record of your employment with the Postal Service. As a routine use, this information may be disclosed to an appropriate law enforcement agency for investigative or prosecutive purposes, to a congressional office at your request, to OMB for review of private relief legislation, to any agency where relevant to hiring, contracting or licensing, to a labor organization as required by the NLRA, to the EEOC when investigating an EEO complaint, and where pertinent, in a legal proceeding to which the Postal Service is a party.

TO BE COMPLETED BY RESIGNING EMPLOYEE

1. INSTALLATION OR STATION: US POST OFFICE Pleasanton CA 94566

2. DATE SUBMITTED: 8-13-87

3. PRINTED NAME (Last, First and Middle): Jacko, Ricky

4. SOCIAL SECURITY NO.: 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

5. TOUR:

6. MAILING ADDRESS (House/Apt. No., Street, City, State and ZIP Code): 433 44th ST Richmond CA 94805

7. REASON(S) FOR RESIGNATION (Give specific reason(s) for your resignation. Avoid generalized reasons such as, "Ill health," "Personal reasons," etc. Use reverse for additional remarks.)

TO Return to college VIA : persue another carrer Field

SIGNATURE: Ricky Jacko

10. SUPERVISOR: [signature] Joyce Blackshear

(File permanently in OPF)

11. EFFECTIVE DATE (Resignation): Ricky Jacko 8-13-87

Form 2574 Feb. 1980

EXHIBIT 1 2 of 8

EFFECTIVE DATE 8/13/87 | SEQUENCE NO.

USPS UCFE CODE:

U.S. MAIL

NOTIFICATION OF PERSONNEL ACTION

323 | SOCIAL SECURITY NO. 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 | SUFFIX CODE 1

EMPLOYEE INFORMATION

| LAST NAME | FIRST NAME | INIT. | DATE OF BIRTH | VET PREF. | PRIOR CSRS | TSP ELIG. | LIFE INS. | RET PLAN |
|---|---|---|---|---|---|---|---|---|
| JACKO | RICKY | | 11/26/58 | 2 | | E | R | 8 |

| SERVICE DATES LEAVE COMP | ENTER ON DUTY | RETIREMENT COMP | TSP-SCD | NEXT STEP PP-YR | NOT TO EXCEED CODE | PP-YR | PROBATION EXPIR CODE | PP-YR | EMPL STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 04/06/81 | 04/06/85 | 04/06/81 | 04/06/85 | 01-88 | | | | | |

| LEAVE DATA CAT | CHANGE PP-YR | TYPE | SAVED PROTECTED DATA RSC | GRADE/STEP | PP-YR | HOURS | MILES | SP CODE | INDEBT USPS | EMPL TYPE | SEX | MINORITY | HANDICAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 09-94 | 1 | | | | | | | | | | | |

| CAREER CONDITIONAL DATE | SVS. ANNIV. PP-YR | FROZEN CSRS | CRBL MIL SERV | ACADEMIC DATA CODE | LEVEL | YEAR | DISCIPLINE | POSTAL LIFE | RETIRED MILITARY | COLA | RURAL HRS | MI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/06/85 | 08-85 | | | 2 | 07 | | | Y | | 2517 | | |

| MAILING ADDRESS—STREET/BOX/APT. NO. | CITY | ST. | ZIP + 4 | DUTY STATION NAME |
|---|---|---|---|---|
| 331 HOLLY STREET | OAKLAND | CA | 94612-2344 | POSTMASTER PLEASANTON CA |

POSITION INFORMATION

| FINANCE NO. | EMPLOYING OFFICE NAME | ZIP + 4 | | PAY LOC. |
|---|---|---|---|---|
| 05-6138 | POSTMASTER PLEASANTON CA | 94566-9999 | | 131 |

| DUTY STATION FINANCE NO. | LABOR DISTR. | DES/ACT | POS. TYPE | LIMIT TOUR | RATE CODE | ALLOW CODE | ORG COVER | RED CIRCLE | ROUTE NO. | L-RTE ID | PAY TYPE | TRI-WKLY | FLSA | COMMIT | GUARANTEED SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-6138 | 21 | 13 | 1 | | A | 5 | | 0 | | | | | | | |

NATURE OF PERSONNEL ACTION — RURAL CARRIER DATA

| NOA | NATURE OF ACTION DESCRIPTION | AUTHORITY | MERIT ANNIV. |
|---|---|---|---|
| 310 | RESIGNATION CHARGES PENDING | 39-USC SECT 1001 | |

REMARKS CODE 504 CODE 521 CODE 522 CODE 649

EMPLOYEE TO BE PAID FOR ALL ACCUMULATED LEAVE TO WHICH ENTITLED UNDER EXISTING LAW.
F-8 ISSUED 08/13/87.
LAST DAY IN PAY STATUS 08/13/87.
PS 14 20-AUG RESIGNATION CHARGES PENDING TO SEPARATE EMPLOYEE FOR UNACCEPTABLE CONDUCT.
ARTICLE VI ANNIVERSARY PAY PERIOD YEAR IS 08-85

SERVICE HISTORY INFORMATION

| NOA | NOA DESCRIPTION | EFF DATE | OCCUPATION CODE | POSITION TITLE | RSC | GRADE/STEP | SALARY |
|---|---|---|---|---|---|---|---|
| 100 | CAREER APPT | 04/06/85 | 231001XX | CARRIER CITY OR SPC | | 05/ 8 | 9.20 |
| 998 | CRFT COLA 051086 | 05/10/86 | 231001XX | CARRIER CITY OR SPC | | 05/ 8 | 19427 |
| 997 | CONTR INC 071986 | 07/19/86 | 231001XX | CARRIER CITY OR SPC | | 05/ B | 19927 |
| 998 | CRFT COLA 110886 | 11/08/86 | 231001XX | CARRIER CITY OR SPC | | 05/ B | 20094 |
| 803 | CHG RET PLAN | 01/01/87 | 231001XX | CARRIER CITY OR SPC | | 05/ B | 20094 |
| 893 | STEP INCREASE | 02/14/87 | 231001XX | CARRIER CITY OR SPC | | 05/ C | 22198 |
| 998 | CRFT COLA 050987 | 05/09/87 | 231001XX | CARRIER CITY OR SPC | | 05/ C | 2250 |
| 310 | RESIGNATION | 08/13/87 | 231001XX | CARRIER CITY OR SPC | | 05/ C | 2250 |

EXHIBIT 1
Page 1 of 2

AUTHORIZATION JOSEPH R CARAVES REGIONAL POSTMASTER GENERAL | DATE 08/21/87 | OPF FINANCE NO. 165/09-6

PS Form 50, MAR. 1983

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU

# REPORT OF SEPARATION AND RECORD OF SERVICE

REPORT OF SEPARATION AND RECORD OF SERVICE IN THE[1] ARMY NATIONAL GUARD OF CALIFORNIA AND AS A RESERVE OF THE[2] ARMY

*1. Insert either Army or Air* *2. Enlisted personnel only - insert only Army or Air Force*

1. LAST NAME - FIRST NAME - MIDDLE NAME: JACKO RICKY (NMN)

2. DEPARTMENT, COMPONENT AND BRANCH: ARNGUS/CAARNG

3. SOCIAL SECURITY NUMBER: 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

| 4. DATE OF ENL | YR | MO | DA | 5a. RANK | 5b. PAY GRADE | 6. DATE OF RANK | YR | MO | DA | 7. DATE OF BIRTH | YR | MO | DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 89 | 08 | 31 | PFC | E-3 | | 93 | 02 | 26 | | 58 | 11 | 26 |

8a. STATION OR INSTALLATION AT WHICH EFFECTED: DET 1 649TH MP CO, RICHMOND, CA 94804-4197

8b. EFFECTIVE DATE: YR 94 MO 06 DA 07

9. COMMAND TO WHICH TRANSFERRED: N/A

| 10. RECORD OF SERVICE | YRS | MOS | DAYS |
|---|---|---|---|
| (a) NET SERVICE THIS PERIOD | 04 | 09 | 07 |
| (b) PRIOR RESERVE COMPONENT SERVICE | 02 | 00 | 00 |
| (c) PRIOR ACTIVE FEDERAL SERVICE | 04 | 00 | 00 |
| (d) TOTAL SERVICE FOR PAY | 10 | 09 | 07 |

11. TERMINAL DATE OF RESERVE/MILITARY SERVICE OBLIGATION: YR 94 MO 06 DA 07

12. MILITARY EDUCATION *(Course Title, number of weeks, month and year completed)*
DC/FF, 1 WK, APR 77/REPAIR PARTY TRAINING, 1 WK, DEC 77///NOTHING FOLLOWS///

13. PRIMARY SPECIALITY NUMBER, TITLE AND DATE AWARDED *(Additional speciality numbers and titles)*
NONE

14. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED
SECONDARY/HIGH SCHOOL 12 YRS(Gr 1-12) COLLEGE 00 YRS

15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED THIS PERIOD *(State Awards may be included)*
NAVY BTL "E" RBN/NDSM///NOTHING FOLLOWS///

16. SERVICEMAN'S GROUP LIFE INSURANCE COV
[X] YES [ ] NO
AMT $ 100,000

17. PERSONNEL SECURITY INVESTIGATION
a. TYPE: NONE
b. DATE COMPLETED: NONE

18. REMARKS
ING PERIOD: 910812-940607. NGB FORM 22 AND NGB FORM 55 MAILED BY FIRST CLASS MAIL TO INDIVIDUAL'S LAST KNOWN ADDRESS AS SHOWN IN ITEM 19.///NOTHING FOLLOWS///

19. MAILING ADDRESS AFTER SEPARATION *(Street, RFD, City, County, State and Zip Code)*
433 4TH STREET
RICHMOND, CA 94806

20. SIGNATURE OF PERSON BEING SEPARATED
SOLDIER NOT AVAILABLE TO SIGN

21. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER
DAVID T. TOLLEFSON, CW3, CA ARNG
Acting Chief, Enlisted Personnel Management

22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN
Will O Thomas CW4

23. AUTHORITY AND REASON
OTAG ORD 117-541 DTD 21 JUN 94
SEC 260 CALIF M/VC & PARA 8-27w NGR 600-200;FAILURE TO REPORT TO ANNUAL MUSTER

24. CHARACTER OF SERVICE
HONORABLE

25. TYPE OF CERTIFICATE USED
NGB FORM 55

26. REENLISTMENT ELIGIBILITY
RE CODE: 1

27. [ ] REQUEST [ ] DECLINE COPIES OF MY NGB FORM 22 INITIALS ____________

DD FORM 214 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. — CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (Last, first, middle): JACKO, RICKY [illegible]
2. DEPARTMENT, COMPONENT AND BRANCH: NAVY - USN
3. SOCIAL SECURITY NO.: 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

4a. GRADE, RATE OR RANK: FA
4b. PAY GRADE: E2
5. DATE OF BIRTH: 26 NOV 58
6. PLACE OF ENTRY INTO ACTIVE DUTY: OAKLAND, CA

7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: USS LONG BEACH CGN-9
8. STATION WHERE SEPARATED: USS LONG BEACH CGN-9 AT SAN DIEGO, CA

9. COMMAND TO WHICH TRANSFERRED: NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149
10. SGLI COVERAGE: AMOUNT: $ 20,000 ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years)

DG-9760 ELECTRICAL/MECHANICAL EQUIPMENT REPAIRMEN
(02 YEARS, 11 MONTHS)
X X X X X X X X

12. RECORD OF SERVICE

| | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 76 | AUG | 04 |
| b. Separation Date This Period | 80 | AUG | 03 |
| c. Net Active Service This Period | 04 | 00 | 00 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 03 | 08 | 11 |
| h. Effective Date of Pay Grade | 79 | DEC | 19 |
| i. Reserve Oblig. Term. Date | 82 | AUG | 03 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

NAVY BATTLE "E" RIBBON
X X X X X X X X X X X X

14. MILITARY EDUCATION (Course title, number weeks, and month and year completed)

ECC FOR EH 362, MRPO 362, M/L EXAM FOR E-4, PAR FOR EH3. DC/FF, 1 WK, APR 77, REPAIR PARTY TRAINING, 1 WK, DEC 77.
X X X X X X X X X

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: ☐ YES ☒ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: ☒ YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: 8.5

18. REMARKS

NONE
X X X X X X X X X X X X X X X X X X X X X X

19. MAILING ADDRESS AFTER SEPARATION: 265 VERNON STREET, APT. 202 OAKLAND, CA 94607
20. MEMBER REQUESTS COPY BE SENT TO CA DIR OF VET AFFAIRS ☒ YES ☐ NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL: [signature] A.BONILLA,PNC,USN,ASSTPERSOFFBYDIR OF C.O.

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE
24. CHARACTER OF SERVICE (Includes upgrades): HONORABLE
25. SEPARATION AUTHORITY: BUPERSMAN 3840260.2
26. SEPARATION CODE: LBK/942
27. REENLISTMENT CODE: RE-3R
28. NARRATIVE REASON FOR SEPARATION: USN. RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4 (Initials): [initials]

DEPARTMENT OF VETERANS AFFAIRS
Medical Center
1700 Vegas Drive
Las Vegas, NV 89106

In Reply Refer To:

October 16, 2002

Re: Ricky Jacko
SSN: 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

To whom this concerns:

Mr. Jacko has asked me to write a letter in his behalf concerning Post Traumatic Stress Disorder (PTSD). This is to inform you that Mr. Jacko has been diagnosed in July 2002 with chronic PTSD by the PCT PTSD Team at the Southern Nevada Healthcare System, Las Vegas, NV. He continues to receive treatment at this facility.

Mr. Jacko experienced events of extreme stress while on active military duty in U.S. Navy from 1976-1980. He continues to experience symptoms of PTSD at the moderate to severe level in both frequency and intensity of the symptom. He remains in the early treatment stage for PTSD, and the severity of the PTSD symptoms are expected to remain unchanged for the foreseeable near future.

If additional information is needed, please feel free to contact me at 702.636.3000 x4415.

Sincerely,

Gustave E. Krauss, MBA, MA
Licensed Professional Clinical Counselor
State of Ohio #E-0001359
PTSD Services