UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY JACKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1189 (RWR) |
| | ) |
| LARRY BARNES, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM AND TRANSFER ORDER

In this action brought *pro se*, plaintiff, a resident of Reno, Nevada, sues Postmaster Larry Barnes of the United States Postal Service under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. Defendant moves to dismiss or for summary judgment on the ground, among others, that this venue is improper. In Title VII actions, venue is proper only (i) where "the unlawful employment practice is alleged to have been committed," (ii) where "the employment records relevant to such practice are maintained and administered," or (iii) where "the aggrieved person would have worked but for the alleged unlawful employment practice." 42 U.S.C. § 2000e-5(f)(3).

The unlawful practice allegedly occurred at the Post Office District in Pleasanton, California, where plaintiff was employed as a postal carrier and where the relevant employment records are likely to be located. Rather than dismiss the case, the interest of justice compels that it be transferred to the appropriate judicial district in California. Accordingly, it is

ORDERED that defendant's motion to dismiss or for summary judgment [Dkt. No. 5] is DENIED without prejudice; and it is further

2

ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Northern District of California.

DATE: April 27, 2007

_____/s/_____
RICHARD W. ROBERTS
United States District Judge